**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MIGUEL ANGEL MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL MARTINEZ,<br><br>Defendant | Case No.: 1:21-CR-00095-DAD-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, MIGUEL ANGEL MARTINEZ, hereby waives his appearance in person in open court upon the status conference set for Wednesday, March 9, 2022, of the above-entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: March 9, 2022          */s/Miguel Martinez*
                              MIGUEL MARTINEZ


Date: March 9, 2022          */s/David A. Torres*
                              DAVID A. TORRES,
                              Attorney for Defendant

# ORDER

Good cause appearing.

**IT IS HEREBY ORDERED** that defendant Miguel Martinez is hereby excused from appearing at the court hearing scheduled for Wednesday, March 9, 2022.

IT IS SO ORDERED.

Dated: __March 9, 2022__                    /s/ *Barbara A. McAuliffe*
                                                                       UNITED STATES MAGISTRATE JUDGE