PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00095-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| MIGUEL ANGEL MARTINEZ, | |
| Defendant. | |

**STIPULATION**

COMES NOW, Defendant, MIGUEL ANGEL MARTINEZ, by and through her attorney of record, Mr. David Torres, and The United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for trial on July 30, 2024 with a trial confirmation hearing on July 15, 2024. ECF 220, 224. Time was previously excluded through July 30, 2024. *Id*. The parties have reached a plea agreement in this case.

2. As such, the defendant now moves to vacate the trial, the trial confirmation hearing, and the upcoming status conference scheduled for June 12, 2024. The parties request a change of plea be scheduled for August 12, 2024.

3. The parties further request that the Court exclude time from July 30,2024 until August 12,2024. Exclusion of time is necessary to ensure continuity of counsel and to ensure counsel has

STIPULATION TO CONTINUE SENTENCING
HEARING; ORDER

1

sufficient time to review, investigate, and advise his client of the terms of the plea agreement. August 12, 2024 is the earliest date that the parties are available and the Court is available.

The government does not object to and joins in this request.

IT IS SO STIPULATED.

Dated:  June 11, 2024                                          PHILLIP A. TALBERT
                                                                              United States Attorney


                                                                              /s/ ARIN C. HEINZ
                                                                              ARIN C. HEINZ
                                                                              Assistant United States Attorney


Dated:  June 11, 2024                                          /s/ DAVID TORRES
                                                                              DAVID TORRES
                                                                              Counsel for Defendant
                                                                              MIGUEL ANGEL MARTINEZ

## **ORDER**

IT IS SO ORDERED that the jury trial set for July 30, 2024 and the trial confirmation set for July 15, 2024 are vacated. A change of plea hearing is set for **August 12, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **June 12, 2024**                                     /s/ Barbara A. McAuliffe
                                                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING; ORDER

2