**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
MIGUEL ANGEL MARTINEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL MARTINEZ,<br><br>Defendant. | Case No.: 1:21-cr-00095-NODJ-BAM-6<br><br>**STIPULATION AND ORDER TO CONTINUE THE CHANGE OF PLEA DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND ARIN HEINZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MIGUEL ANGEL MARTINEZ, by and through his attorney of record, DAVID TORRES, hereby requesting that the Change of Plea date currently set for Monday, August 12, 2024, be continued to Monday September 9, 2024, at 8:30 a.m.

Counsel is requesting this continuance due unavailability on August 12, 2024. Counsel has a personal medical appointment which requires mandatory attendance. Based upon the foregoing, both counsel respectfully request this matter be set on September 9, 2024. The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's finding that

1   the ends of justice served by taking such action outweigh the best interest of the public and the
2   defendant in a speedy trial.
3   ///
4
5   **IT IS SO STIPULATED.**
6                                                                Respectfully Submitted,
7   DATED: July 30, 2024                                         */s/ David A. Torres*
                                                                 DAVID A. TORRES
8                                                                Attorney for Defendant
                                                                 MIGUEL ANGEL MARTINEZ
9
10
11  DATED: July 30, 2024                                         */s/Arin Heinz*
                                                                 Arin Heinz
12                                                               Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the Change of Plea hearing be **CONTINUED** to Monday, **September 9, 2024, at 8:30 a.m.**

Dated: July 30, 2024        /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE