**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
MIGUEL ANGEL MARTINEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-CR-00095-NODJ-BAM-6 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING DATE** |
| vs. | |
| MIGUEL ANGEL MARTINEZ, | |
| Defendant, | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND ARIN HEINZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MIGUEL ANGEL MARTINEZ, by and through his attorney of record, DAVID TORRES, hereby requesting that the Sentencing hearing date currently set for Wednesday, January 8, 2025, at 8:30 a.m. be continued to Monday, February 24, 2025, at 8:30 a.m.

Counsel is requesting this continuance due to unavailability on the advanced date of January 8, 2025. Based upon the foregoing, both counsel respectfully request this matter be set on Monday, February 24, 2025, at 8:30 a.m. The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at

1  defendant's request on the basis of the Court's finding that the ends of justice served by taking

2  such action outweigh the best interest of the public and the defendant in a speedy trial.

3  ///

4

5  **IT IS SO STIPULATED.**

6                                                                                                Respectfully Submitted,

7  DATED: December 27 2024                                     */s/ David A. Torres*
                                                                                                  DAVID A. TORRES
8                                                                                                 Attorney for Defendant
                                                                                                  MIGUEL ANGEL MARTINEZ
9

10

11 DATED: December 27, 2024                                    */s/Arin Heinz*
                                                                                                  Arin Heinz
12                                                                                               Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORDER**

IT IS SO ORDERED that the sentencing hearing be continued from January 8, 2025 to **Monday, February 24, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **December 27, 2024**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE