**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
MIGUEL ANGEL MARTINEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL MARTINEZ,<br><br>Defendant, | Case No.: 1:21-CR-00095-NODJ-BAM-6<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND ARIN HEINZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MIGUEL ANGEL MARTINEZ, by and through his attorney of record, DAVID TORRES, hereby requesting that the Sentencing hearing date currently set for Monday, February 25, 2025, at 9:00 a.m. be continued to Monday, March 24, 2025, at 8:30 a.m.

Counsel is requesting this continuance due to scheduling unavailability. I have been inundated by cases due to my law partner, Attorney Alekxia Torres Stallings, going on maternity leave earlier than expected. I have spoken to AUSA Arin Heinz and it is my understanding she has no objection to said continuance. Based upon the foregoing, both counsel respectfully request this matter be set on Monday, March 24, 2025, at 8:30 a.m. The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18

USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: February 13, 2025          */s/ David A. Torres*
                                  DAVID A. TORRES
                                  Attorney for Defendant
                                  MIGUEL ANGEL MARTINEZ


DATED: February 13, 2025          */s/Arin Heinz*
                                  ARIN HEINZ
                                  Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from February 24, 2025, to **March 24, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **February 13, 2025**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE